**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 11-04131-002-PCT-MEA |
| vs. | ) | TEMPORARY DETENTION ORDER FOR INTAKE ASSESSMENT and AMENDMENT OF PREVIOUS RELEASE CONDITIONS |
| Gilbert Begaye, | ) | |
| Defendant. | ) | |

The defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3148 a pretrial release revocation hearing was held. The Court finds by clear and convincing evidence that the defendant has violated the terms of defendant's previously imposed pretrial release conditions as alleged in the Petition to Revoke. Upon recommendation of Pretrial Services, the defendant is ordered detained pending an intake assessment for placement at Recovery Homes Incorporated in Phoenix, Arizona or other facility as designated by Pretrial Services. Should defendant qualify for such placement, defendant shall be released upon conditions set by this Court, including pretrial residency at said facility, as conditions do exist which would reasonably assure the safety of others and the appearance of the defendant. Should defendant not so qualify, the release conditions set by this Court shall be vacated and defendant shall be detained pending trial as there are no conditions or combination of conditions which would reasonably assure the safety of others or the appearance of the defendant.

The Pretrial Services Officer is ordered to timely notify this Court of the defendant's intake assessment results, and if found acceptable, the date and time the facility will provide transportation from the Sandra Day O'Connor Courthouse for defendant.

IT IS FURTHER ORDERED that if the defendant qualifies for placement at Recovery Homes Incorporated, the defendant shall abide by the previously ordered release conditions set on July 20, 2011 with the following amendments;

    1. The defendant shall not travel outside of Maricopa County, unless court permission is granted to travel elsewhere.

    2. Defendant is no longer placed in Third Party custody.

    3. Defendant shall abide by any curfew set by Recovery Homes Incorporated or the Pretrial Services Officer.

DATED this 5th day of August, 2011.

_____
Mark E. Aspey
United States Magistrate Judge